```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

MARK WAYNE SILVERS,                *

    Petitioner,              *

vs.                                *
                                       CASE NO. 3:06-CV-74 (CDL)

VICTOR WALKER, Warden,             *

    Respondent.              *

### ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on September 2, 2009, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 18th day of September, 2009.

                                                    S/Clay D. Land
                                                       CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE